UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. _11-MJ-2129-MBB_ |
| | ) | |
| GERALD K. ACHOLONU, | ) | |
| **Defendant** | ) | |

### GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the complaint, supporting affidavit, this motion and the Court's order on this motion, and any other paperwork related to this matter, until Defendant's arrest or further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest the defendant.

The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents which the United States Attorney has filed in the above-styled matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _/s/ Scott L. Garland_
Scott L. Garland
Eric P. Christofferson
Assistant U.S. Attorneys

*[Handwritten margin note: December 21, 2011. Allowed. Marianne B. Bowler, USMJ]*