AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 11-MJ-2121-MBB |
| Gerald K. Acholonu | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Gerald K. Acholonu,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Between August 2010 and May 2011, ACHOLONU knowingly and with intent to deceive effected transactions with one or more access devices (credit cards) issued to another person or persons, to receive payment or any other thing of value during a 1-year period, the aggregate value of which equaled at least $1,000, thus affecting interstate commerce, and aided and abetted the same, in violation of Title 18, United States Code, Sections 1029(a)(5) & 2; took U.S. mail before its delivery to the person to whom it was directed with design to obstruct the correspondence, and opened, secreted, and embezzled the same, and aided and abetted the same, in violation of Title 18, United States Code, Sections 1702 & 2; and during and in relation to an enumerated felony, knowingly transferred, possessed, and used without lawful authority a means of identification of another, and aided and abetted the same, in violation of Title 18, United States Code, Sections 1028A & 2.

Date: December 21, 2011 @ 10:45 A.M.

_Marianne B. Bowler, USMJ_
Issuing officer's signature

City and state: Boston, Massachusetts

Marianne B. Bowler, United States Magistrate Judge
Printed name and title

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
Arresting officer's signature

_____
Printed name and title