AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| FOR THE | DISTRICT OF | MASSACHUSETTS |
|---|---|---|

UNITED STATES

V.

GERALD ACHOLONU

## EXHIBIT AND WITNESS LIST

Case Number:  11-CR-02129-MBB

| PRESIDING JUDGE J. Bowler | | PLAINTIFF'S ATTORNEY E. Christofferson | | | DEFENDANT'S ATTORNEY H. Brennan | |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) 12/29/2011 | | COURT REPORTER Digital | | | COURTROOM DEPUTY B. Garvin | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|  |  | 12/29/2011 |  |  | Government calls David Breton | |
| 1 |  | 12/29/2011 | x | x | Affidavit supporting criminal complaint | |
| 2 |  | 12/29/2011 | x | x | Discover credit card | |
| 3 |  | 12/29/2011 | x | x | Credit card statement | |
| 4 |  | 12/29/2011 | x | x | T-mobile receipt | |
| 5 |  | 12/29/2011 | x | x | ATM Photo from Bank of America ATM in Quincy, MA | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages