UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GERALD K. ACHOLONU,<br><br>Defendant. | Criminal Case No. 12-CR-10068 |

GOVERNMENT'S LOCAL RULE 112.4(B)
ORGANIZATIONAL VICTIM DISCLOSURE STATEMENT

The United States hereby notifies the Court, as required by Local Rule 112.4(B), that it has identified the following companies as organizational victims, parent companies of victims, or publicly held corporations that own 10% or more of victim companies, of the crimes alleged in the above-captioned indictment: Discover Bank, whose parent corporation is Discover Financial Services. The companies are unaware of any company that holds more than 10% of Discover's stock.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Scott L. Garland
Scott L. Garland
Assistant U.S. Attorney

Dated: March 6, 2012