UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
UNITED STATES OF AMERICA    )
                            )
v.                          )              No. 1:12-cr-10068-RGS-1
                            )
                            )
GERALD ACHOLONU             )
_____ )

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully moves to withdraw from the above-captioned matter.

As grounds therefore, the defendant has retained private counsel.

_/s/ Henry Brennan_
Henry Brennan
B.B.O. # 634036
Carney & Bassil
20 Park Plaza, Suite 1405
Boston, MA 02116

Dated: March 8, 2012

Certificate of Service

I, Henry Brennan, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 8, 2012.

_/s/ Henry Brennan_
Henry Brennan