# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        v.<br><br>GERALD K. ACHOLONU,<br><br>        Defendant. | CRIMINAL NO. 12-10068-RGS |

## JOINT INITIAL STATUS CONFERENCE MEMORANDUM

The United States and the defendant respectfully submit this memorandum pursuant to LR 116.5(a). The parties report as follows:

(1)     The government has provided automatic discovery to the defendant. No discovery requests are pending.

(2)     The government is continuing to examine computer-related evidence that was seized pursuant to a warrant on December 22, 2011. To the extent that the government identifies any additional discoverable material among that evidence, it will disclose it to the defendant promptly.

(3)     The defendant requires additional time to review the April 16, 2012 discovery packet sent by the Assistant United States Attorney to determine whether any additional discovery requests will be filed.

(4)     At this time the parties do not believe any protective orders are appropriate. However, to the extent that the defendant requests, in the future, production of material that

includes sensitive information concerning victims or witnesses, a protective order may become necessary.

(5) The defendant requires additional time to review the April 16, 2012 discovery packet sent by the Assistant United States Attorney to determine whether any pretrial motions under Fed. R. Crim. P. 12(b) will be filed.

(6) The government agrees to provide any expert witness disclosures forty-five (45) days before trial.  The defendant agrees to provide any expert witness disclosures thirty (30) days before trial.

(7) All time through May 2, 2012, has been excluded under the Speedy Trial Act and, thus, seventy (70) non-excludable days remain.  The parties agree and respectfully request that the time between May 2, 2012, and the next status conference be excluded in the interests of justice.

(8) The parties recommend that the Court set an Interim or Final Status Conference approximately 45 days from the date of the Initial Status Conference.

|  |  | Respectfully submitted, |
|---|---|---|
| GERALD K. ACHOLONU<br>By his attorneys, |  | CARMEN M. ORTIZ<br>United States Attorney |
| /s/ Lance Sobelman<br>LANCE SOBELMAN | By: | /s/ Eric P. Christofferson<br>SCOTT L. GARLAND<br>ERIC P. CHRISTOFFERSON |
| The Law Offices of Russell C. Sobelman<br>152 The Lynnway<br>Lynn, MA 01902 |  | Assistant U.S. Attorneys |

Dated: April 26, 2012

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ Eric P. Christofferson
      ERIC P. CHRISTOFFERSON

Dated: April 26, 2012