UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

UNITED STATES OF AMERICA

CRIMINAL NO. 12-10068-RGS

V.

GERALD K. ACHOLONU,
    DEFENDANT

---

MOTION FOR REQUEST TO WITHDRAW FROM REPRESENTATION OF DEFENDANT

I, Lance A. Sobelman, Esquire, respectfully move that this Honorable Court allows me to withdraw from the above-entitled matter.

As reasons therefore

1. Defendant is refusing to communicate with counsel regarding Government's Proposal despite various requests in writing, personal visit and telephonically.

2. Between May 6, 2012 and today, Defendant and Attorney have not engaged in a meaningful conversation regarding the Government's Proposal. Moreover, Defendant has only communicated with his attorney one time during this period despite numerous requests by attorney for the defendant to contact the office.

3. Between May 7, 2012 and June 11, 2012, Attorney has written seven letters to defendant. In four of these seven letters, May 11, 15, 23 and June 11; specifically requested for the defendant to contact me so we could review the Government's Proposal.

4. The only contact from the defendant despite the above noted requests was on May 30, 2012. There was no meaningful conversation regarding the Government's Proposal.

5. On May 6, I traveled to Wyatt Detention Center in order to discuss the Government's Proposal with the Defendant which I learned about on May 2 after our status conference.

6. On our May 6 meeting, Defendant would not focus on Government's Proposal and insisted on discussing other issues regarding case

7. Since May 6, as stated above, I have reached out to client in writing seven times and have spoken to him one time. He will not discuss the Government's Proposal in a rational manner.

8. I concluded based on my personal visit on May 6 and his one telephone call on May 30, 2012 that any further personal visits would not be productive.

This request is not unreasonable and I respectfully request that this Honorable Court grant this motion.

Respectfully Submitted,
Gerald Acholonu
By His Attorney,

__/s/ Lance Sobelman__
Lance A. Sobelman, Esq.
152 The Lynnway
Lynn, MA 01902
(781) 581-1300
BBO#

Dated: June 19, 2012

Certificate of Service

I, Lance Sobelman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 19, 2012.

__/s/ Lance Sobelman__
Lance A. Sobelman, Esq.