# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 12-CR-10068-RGS

**UNITED STATES OF AMERICA**

v.

**GERALD ACHOLONU**

## FINAL STATUS REPORT

July 26, 2012

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendant with credit card fraud, obstruction of justice and aggravated identity theft, was returned on March 7, 2012;

2. The defendant was arraigned on the Indictment on March 23, 2012;

3. The defendant is in custody;

4. At the arraignment, the government anticipated a trial lasting five days and estimated calling six to eight witnesses;

5. Counsel have indicated that it appears likely that the case will be resolved by way of plea;

6. The parties agreed to exclude the time from this day until the first hearing before the

district judge ;

    7. This case is hereby returned to the district judge to whom the case is assigned.

        /s/ Marianne B. Bowler
        MARIANNE B. BOWLER
        UNITED STATES MAGISTRATE JUDGE