UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GERALD K. ACHOLONU,<br><br>Defendant. | CRIMINAL NO. 12-10068-RGS |

## MOTION TO CONTINUE STATUS CONFERENCE DATE

Now comes the Defendant in the above-entitled matter, and moves this Honorable Court to allow a continuance of the Status Conference originally scheduled for August 3, 2012 to a new date of September 20, 2012.

As reason for this request, Defendant's Attorney is scheduled to be in Lynn District Court for another case on August 3, 2012 and would like additional time to continue discussions with Mr. Acholonu regarding the plea agreement being offered by the Government.

Mr. Acholonu waives all speedy trial time between now and September 20, 2012.


Respectfully submitted,

GERALD K. ACHOLONU
By his Attorney,

/s/ Lance A. Sobelman
LANCE A. SOBELMAN
The Law Offices of Russell C. Sobelman
152 The Lynnway
Lynn, MA 01902

Dated: August 2, 2012

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Lance A. Sobelman
LANCE A. SOBELMAN

Dated: August 2, 2012