UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GERALD K. ACHOLONU,<br><br>Defendant. | CRIMINAL NO. 12-10068-RGS |

## MOTION TO EXCLUDE TIME

Now comes the Defendant in the above-entitled matter, and moves this Honorable Court to allow an order to exclude all speedy trial time between September 20, 2012 and the next scheduled Status Conference of October 25, 2012.

Respectfully submitted,

GERALD K. ACHOLONU
By his Attorney,

/s/ Lance A. Sobelman
LANCE A. SOBELMAN
The Law Offices of Russell C. Sobelman
152 The Lynnway
Lynn, MA 01902
BBO# 680335

Dated: September 20, 2012

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GERALD K. ACHOLONU,<br><br>Defendant. | CRIMINAL NO. 12-10068-RGS |

ORDER

Defendants' Motion for an order to exclude all speedy trial time between September 20, 2012 and October 25, 2012 is hereby allowed.

By the Court:

DATE:                                              _____,
                                                                Justice

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Lance A. Sobelman
LANCE A. SOBELMAN

Dated: September 20, 2012