UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GERALD K. ACHOLONU,<br><br>Defendant. | CRIMINAL NO. 12-10068-RGS |

ORDER

Defendants' Motion for an order to exclude all speedy trial time between September 20, 2012 and October 25, 2012 is hereby allowed.

By the Court:

DATE:  September 21, 2012       /s/Richard G. Stearns ,
                                ~~Justice~~
                                U.S. District Judge