UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL NO. 12-10068-RGS

GERALD K. ACHOLONU,
    DEFENDANT

MOTION FOR REQUEST TO WITHDRAW FROM REPRESENTATION OF DEFENDANT

I, Lance A. Sobelman, Esquire, respectfully move that this Honorable Court allows me to withdraw from the above-entitled matter.

As reasons therefore:

1. Defendant instructed Counsel to file motions which Counsel deemed frivolous. Defendant informed Counsel that if these motions are not filed, he would want me to withdraw from representation.

2. Between June 19, 2012 and today, Defendant has only communicated with counsel two times during this period despite numerous requests by attorney for the defendant to contact the office.

3. This is the second time in which the Defendant has ceased communicating with Counsel.

4. Between June 19, 2012 and September 19, 2012, Attorney has written six letters to defendant. In four of these six letters, (7/23/12, 8/2/12, 8/20/12 and 9/19/12) specifically requested for the defendant to contact me so we could review the his case.

5. The only contacts from the defendant despite the above noted requests was on August 29, 2012 and September 27, 2012 when the Defendant informed our office that he would be accepting the offers presented by Assistant United States Attorney.

6. On September 14, 2012, I traveled to Wyatt Detention Center in order to discuss the possible change of plea with the Defendant based on terms Defendant requested.

7. The Government agreed to Defendant's request to lower sentencing recommendations to this Honorable Court and on my September 14 meeting with Defendant, he wanted me to continue negotiating despite the Government's acquiescence to his original request.

8. Based on my obligation to zealously represent the client, despite my ambiguous feelings about continued negotiations, I spoke with the AUSA about this new term.

9. On September 24, 2012, I received an email from the Assistant United States Attorney Garland with a revised plea offer that the Defendant had to verbally accept by September 28, 2012.

10. On September 27, 2012, the Defendant contacted my office and verbally accepted the offer and instructed me to come to Wyatt Detention Center so that he could sign the agreement.

11. On October 2, 2012, I went to Wyatt Detention Center to meet with the Defendant so that he could sign the new plea agreement. The Defendant told me he had no intentions of actually signing the agreement and only wanted me to come visit him so that he could "share his frustrations" with me.

12. It appears to me that Defendant does not want an attorney to represent him but rather wants to have a "puppet" represent him so he can be totally in control of the case.

13. Based on Defendant's intentional lack of communication, frivolous requests that do not have a legal basis, untruthful intentions or need to have total control of case strategy, Counsel respectfully requests that his Honorable Court allow him to withdraw.

This request is not unreasonable and I respectfully request that this Honorable Court grant this motion.

Respectfully Submitted,
Gerald Acholonu
By His Attorney,

\_\_\_/s/ Lance Sobelman\_\_
Lance A. Sobelman, Esq.
152 The Lynnway
Lynn, MA 01902
(781) 581-1300
BBO#680335

Dated: October 2, 2012

<u>Certificate of Service</u>

I, Lance Sobelman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 2, 2012.

                                                  <u>/s/ Lance Sobelman</u>
                                                  Lance A. Sobelman, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GERALD K. ACHOLONU,<br><br>Defendant. | CRIMINAL NO. 12-10068-RGS |

ORDER

Defense Counsel's Motion to Withdraw from Representation of Defendant is hereby allowed.

By the Court:

DATE:                                          _____,
                                                         U.S. District Judge