UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 12-CR-10068-RGS |
| | ) | |
| GERALD ACHOLONU | ) | |
| | ) | |

ASSENTED-TO MOTION TO CONTINUE SENTENCING AND
EXTEND TIME TO FILE PSR OBJECTIONS

Defendant, Gerald Acholonu, with the assent of the government, respectfully requests to continue his sentencing, currently set for June 25, 2013, to a date on or after July 15, 2013.  In addition, undersigned counsel requests that the deadline for PSR objections be extended through and including June 19.  As grounds therefor, undersigned counsel states that due to an emergent scheduling conflict undersigned counsel will be unable to appear for sentencing before that date.  In addition, undersigned counsel was delayed in meeting with Mr. Acholonu to discuss necessary PSR objections.

      Gerald Acholonu,
      By his attorney,

      */s/ William W. Fick*
      William W. Fick, Esq.
      BBO # 650562
      Federal Public Defender Office
      51 Sleeper Street, 5th Floor
      Boston, MA  02210
      Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 16, 2013.

                                           _/s/ William Fick_