UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GERALD K. ACHOLONU | Criminal Case No.  12-CR-10068-RGS |

## DISMISSAL OF
## COUNT THREE OF THE INDICTMENT

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the District of Massachusetts, Carmen M. Ortiz, hereby dismisses Count Three of the Indictment charging Defendant with aggravated identity theft in violation of 18 U.S.C. § 1028A. In support of this dismissal, the government states that, pursuant to a plea agreement, Defendant has pleaded guilty to Counts One and Two of the Indictment charging him with credit card fraud and theft of mail, and the dismissal is in the interests of justice.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

July 16, 2013          By:     _____
Date                              CYNTHIA A. YOUNG
                                     Chief, Criminal Division
                                     JAMES D. HERBERT
                                     Deputy Chief, Criminal Division

                                     _____
                                     SCOTT L. GARLAND
                                     Assistant U.S. Attorney

Leave to File Granted:
_____
Richard G. Stearns, Judge
United States District Court